**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| JOSE MARTINEZ ) <br> 625 WYE ISLAND CT ) <br> ANNAPOLIS, MD 21401 ) <br> ) <br>     Plaintiff ) <br> ) <br> vs. ) <br> ) <br> UNITED COLLECTION BUREAU, INC ) <br> 5620 SOUTHWYCK BLVD SUITE 206 ) <br> TOLEDO, OH 43614 ) <br> ) <br>     Defendant ) | CIVIL NO. 1:11-cv-1728 |

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE**

COMES NOW the Plaintiff to this Complaint, by and through counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and voluntarily dismisses this action with prejudice.

Dated: Annapolis, Maryland
August 1, 2011

Respectfully submitted on behalf of Plaintiff,

*/s/ Morgan W. Fisher*_____
Morgan W. Fisher (#28711)

LAWRENCE & FISHER PLLC

155 Duke of Gloucester Street
Annapolis, MD 21401
Tel: 410-626-6111
Fax: 866-393-4828